446 F.2d 899
 Abel OROSCO-GARCIA, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent.
No. 28794 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Aug. 27, 1971.
 
 Eugenio Cazorla, Dallas, Tex., for petitioner.
 John N. Mitchell, Atty. Gen., U.S. Dept. of Justice, Washington, D.C., Troy A. Adams, Jr., District Director, Immigration & Nat. Service, New Orleans, La., Charles W. Jordan, District Director, Seagal V. Wheatley, U.S. Atty., San Antonio, Tex., James Gough, Asst. U.S. Atty., Houston, Tex., for respondent.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] Marin v. Immigration & Naturalization Service, 438 F.2d 932 (9th Cir. 1971).
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966